USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020



**HOLM & O'HARA LLP**

ATTORNEYS AT LAW

3 West 35th Street
9th Floor
New York, NY 10001
P 212.682.2280
F 212.682.2153
www.hohlaw.com

CO-MANAGING PARTNERS
Vincent F. O'Hara
Michael L. Landsman

SENIOR PARTNER
William P. Holm

PARTNERS
Anthony T. Simari
Carol G. Dell
Valeria A. Kozhich
Chaya R. Biskin-Sitko

SPECIAL COUNSEL
Joshua R. Bressler

ASSOCIATES
Michael J. Feinfeld
Katherine M. Morgan
Michael D. Carlos
Steven E. Glass
Leeor Amsalem
MaryAnne F. Santini
Jessica Brenner

December 31, 2019

# MEMORANDUM ENDORSED

**Via ECF**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jeremiah Sullivan, et al. v. Minelli Construction Co., Inc.*
19-CV-9268 (Woods, J.) (Freeman, M.J.)
**MOTION TO ADJOURN INITIAL CONFERENCE**
Our File No. 4088.029

Dear Judge Woods:

The law firm of Holm & O'Hara LLP represents the Plaintiffs Bricklayers and Allied Craftworkers Local Union No. 1, B.A.C.I.U., AFL-CIO ("Local 1") and the Stone Setters Fringe Benefit Funds (the "Funds") (collectively, "Plaintiffs") in the above-referenced action against defendant Minelli Construction Co., Inc. ("Defendant").

Pursuant to the Court's December 5, 2019 Order ("Order"), Your Honor adjourned the previously scheduled initial pretrial conference in this case from December 11, 2019 at 4:30 p.m. to January 3, 2020 at 4:30 p.m. As Plaintiffs' counsel advised in their December 27, 2019 status letter, no counsel has appeared on behalf of Defendant in this action and Defendant is in default. See ECF No. 12. Given these circumstances, Plaintiffs respectfully request that Your Honor adjourn the initial pretrial conference *sine die*.

Thank you for your consideration of the foregoing.

Respectfully,

HOLM & O'HARA LLP
*Attorneys for Plaintiffs*

/s/ Carol G. Dell
Carol G. Dell (CG 7895)
3 West 35th Street, 9th Fl.
New York, New York 10001
(212) 682-2280
c.dell@hohlaw.com

---

Application granted. The initial pretrial conference scheduled for January 3, 2020 is adjourned sine die. The Court expects that any application for an order to show cause to enter default judgment will be submitted in accordance with the Court's Individual Rules of Practice in Civil Cases no later than January 29, 2020.

SO ORDERED.

Dated: January 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge

