USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JEREMIAH SULLIVAN, in his fiduciary
capacity as a Trustee of the STONE SETTERS
LOCAL 84 PENSION FUND, ANNUITY
FUND, VACATION FUND, APPRENTICE
FUND and INDUSTRY PROMOTION
FUND and as a Trustee and Administrator of
the BRICKLAYERS LOCAL NO. 1
WELFARE AND INSURANCE FUND and as
President of the BRICKLAYERS AND
ALLIED CRAFTWORKERS LOCAL
UNION NO. 1, NEW YORK, B.A.C.I.U.,
AFL-CIO,

                                    Plaintiffs,

       -v-

MINELLI CONSTRUCTION CO., INC.,
                            Defendants.
------------------------------------------------------------- X

1: 19-cv-09268-GHW

JUDGEMENT

GREGORY H. WOODS, United States District Judge:

PLEASE TAKE NOTICE that this action having been commenced on October 7, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant, MINELLI CONSTRUCTION CO., INC., on November 18, 2019 by service on the Secretary of State of the State of New York, and defendant not having answered or otherwise appeared or moved in response to the Complaint, and the time for such having expired, it is

HEREBY ORDERED, ADJUDGED AND DECREED: that plaintiffs have judgment against defendant in the amount of $26,538.50 which includes the following: a) unpaid contributions in the amount of $5,643.60; b) 10% interest on outstanding contributions in the amount of $2,998.71; c) additional interest on ERISA contributions since that amount is greater than 20% liquidated damages on the unpaid ERISA contributions, in the amount of $2,998.71; d) unpaid dues and assessments in the amount of $369.60; e) 9% interest on outstanding dues and assessments in

the amount of $176.78; g) audit costs in the amount of $1,240.00; h) 10% service charge in the amount of $665.80; i) attorney's fees in the amount of $11,932.50; and j) costs and expenses in the amount of $512.80.

Counsel for Plaintiffs is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge